```
TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
ERIN C. KISS (Cal. Bar No. 356022)
Assistant United States Attorney
Riverside Branch Office
     3403 Tenth Street, Suite 200
     Riverside, California 92501
     Telephone: (951) 276-6259
     Email:     Erin.Kiss@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED No. 25-MJ-00786-DUTY |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| HUMBERTO NEGRETE-BRAVO, | |
| Defendant. | |

Plaintiff United States of America, by and through its attorney of record, the First United States Attorney for the Central District of California, hereby moves pursuant to Federal Rule of Criminal Procedure 48(a), and by leave of the Court, to dismiss the Complaint without prejudice in the above-referenced case, filed on December 23, 2025.

///

///

1

On January 5, 2025, the Government consulted with HUMBERTO NEGRETE-BRAVO's assigned counsel, Deputy Federal Public Defender Shannon M. Coit, and while she does not oppose dismissal, she opposes dismissal without prejudice. It is defense's position that dismissal should be with prejudice.

Dated: January 5, 2026

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

  /s/
_____
ERIN C. KISS
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA

2