TODD BLANCE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
By: ERIN C. KISS (951-276-6259)
United States Courthouse
312 N. Spring Street
Los Angeles, CA  90012

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>HUMBERTO NEGRETE-BRAVO,<br><br>DEFENDANT | CASE NUMBER<br><br>5:25-MJ-00786-DUTY<br><br>**ORDER FOR DISMISSAL<br>OF COMPLAINT** |

A Complaint having been filed before the United States Magistrate Judge David T. Bristow in Riverside, California, against the above-named defendant, charging violation of Title 18, United States Code, Section 111(a)(1) and the First Assistant United States Attorney having moved for a dismissal of the complaint by the presentment of this Order,

IT IS HEREBY ORDERED that said Complaint be dismissed as to defendant HUMBERTO NEGRETE-BRAVO, only without prejudice, and that defendant is to be released from custody forthwith.

Date: January 6, 2026

HONORABLE SHERI PYM
United States Magistrate Judge

Presented by:
/s/
ERIN C. KISS
Assistant United States Attorney

**Complaint Filed: December 23, 2025**

**Is the person in custody?**
YES    ☒
NO    ☐